UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
---------------------------------------------------------------X
ARTURO ARIAS AND MARILYN QUINTANA,    :   07-CV-05274-AKH
:
Plaintiffs,                           :
:   **APPEARANCE**
- against -                           :
:
100 CHURCH L.L.C., *et al.*,          :   **ELECTRONICALLY FILED**
:
Defendants.                           :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007

                        By:    /s/ Judith R. Cohen
                               _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendant*
                               MERRILL LYNCH & CO., INC.

DOCSNY-271308v01