William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

ARTURO ARIAS (AND WIFE, MARILYN
QUINTANA)
                                           **NOTICE OF THE
                                           BROOKFIELD
              V.                           PARTIES' ADOPTION
                                           OF AMENDED ANSWER
                                           TO MASTER
                                           COMPLAINT**

100 CHURCH, LLC, ET. AL.,
                                           CASE NUMBER: (AKH)
                                           07 CV 05274
_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co. LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 18 2007

                      Faust, Goetz, Schenker & Blee, LLP

                      By: William J. Smith (WJS-9137)
                      Attorneys for the Brookfield Parties
                      Two Rector Street, 20th Floor
                      New York, NY 10006
                      (212) 363-6900