KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER　　　　　21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
ARTURO ARIAS and MARILYN QUINTANA,　　　　DOCKET NO:
　　　　　　　　　　　　　　　　　　　　　　　　07 CV 5274
　　　　　　　Plaintiffs,

　　-against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICS COMPANY, INC.,
BATTERY PARK CITY AUTHORITY, BFP ONE　　　NOTICE OF
LIBERTY PLAZA CO., LLC., BFP TOWER　　　　　APPEARANCE
C CO., LLC, BFP TOWER C MM LLC
BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P, BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., GENERAL RE SERVICES
CORP., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP,
LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN BROTHERS
HOLDINGS, INC., LEHMAN BROTHERS, INC.,
BEHMAN COMMERICAL PAPER, INC., MCCLIER
CORPORATION, MERRILL LYNCH & CO.,
INC., NATIONAL ASSOCIATION OF

SECURITIES DEALERS, INC., NEW LIBERTY PLAZA, L.P., NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, ONE LIBERTY PLAZA, ROYAL AND SUNALLIANCE INSURANCE GROUP., PLC, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDON # 1178), TRAMMELL CROW COMPANY, TRAMMELL CROW CORORATE SERVICES, INC.,TRC ENGINEERS, INC., TUCKER ANTHONY, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO., G.P., CORP., WFP RETAIL CO., CO., G.P., CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A. CO., G.P., CORP., WFP TOWER A CO., L.P., WORLD FINANCIAL PROPERTIES, L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL.

**Defendants.**
................................................................................x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 30, 2008

                              Kevin G. Horbatiuk
                              Kevin G. Horbatiuk (KGH4977)
                              Attorneys for Defendant
                              **CUNNINGHAM DUCT WORK s/h/i/a
                              CUNNINGHAM DUCT CLEANING CO., INC.**
                              RUSSO, KEANE & TONER, LLP
                              26 Broadway, 28th Floor
                              New York, New York 10004
                              (212) 482-0001
                              RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JAN WOLKOWICZ and GRACE WOLKOWICZ**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ARTURO ARIAS and MARILYN QUINTANA**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**