KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER         21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
ARTURO ARIAS and MARILYN QUINTANA,        DOCKET NO:
                                          07 CV 5274
                    Plaintiffs,

    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICS COMPANY, INC.,
BATTERY PARK CITY AUTHORITY, BFP ONE      NOTICE OF
LIBERTY PLAZA CO., LLC., BFP TOWER        ADOPTION OF
C CO., LLC, BFP TOWER C MM LLC            ANSWER TO
BLACKMON-MOORING STEAMATIC                MASTER COMPLAINT
CATASTOPHE, INC., d/b/a BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P, BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT
CLEANING CO., GENERAL RE SERVICES
CORP., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP,
LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING, P.C., LEHMAN BROTHERS
HOLDINGS, INC., LEHMAN BROTHERS, INC.,
BEHMAN COMMERICAL PAPER, INC., MCCLIER
CORPORATION, MERRILL LYNCH & CO.,
INC., NATIONAL ASSOCIATION OF SECURITIES

DEALERS, INC., NEW LIBERTY PLAZA, L.P.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, ONE LIBERTY PLAZA, ROYAL AND
SUNALLIANCE INSURANCE GROUP., PLC, THE
BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDON # 1178),
TRAMMELL CROW COMPANY, TRAMMELL
CROW CORORATE SERVICES, INC.,TRC
ENGINEERS, INC., TUCKER ANTHONY, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE
LIBERTY PLAZA CO., G.P., CORP., WFP
RETAIL CO., CO., G.P., CORP., WFP RETAIL CO.
L.P., WFP TOWER A CO., WFP TOWER A. CO.,
G.P., CORP., WFP TOWER A CO., L.P., WORLD
FINANCIAL PROPERTIES, L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL.
                    **Defendants.**
..............................................................................x

**PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 30, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO.,
INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ARTURO ARIAS and MARILYN QUINTANA**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ARTURO ARIAS and MARILYN QUINTANA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**