Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

―――――――――――――――――――――X

ARTURO ARIAS (AND WIFE, MARILYN
QUINTANA)
                                           **NOTICE OF**
V.                                         **ADOPTION**

100 CHURCH, LLC, ET. AL.                   CASE NUMBER: (AKH)
                                           07 CV 05274
―――――――――――――――――――――X

PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
       May 23, 2008

                                   Faust, Goetz, Schenker & Blee, LLP

                                   _____
                                   By: Ida A. Caputo (IC-9208)
                                   Attorneys for the Brookfield Parties
                                   Two Rector Street, 20th Floor
                                   New York, NY 10006
                                   (212) 363-6900